'600, p. 1749, Laws 1902), and (without so deciding) that the conductor was a superintendent of the defendant within the meaning of said section, plaintiff still failed to establish actionable negligence chargeable to the defendant.

BAGNELL, Respondent, v. FEAGLES, Appellant. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) Action by Robert Bagnell against Grace B. Feagles.

PER CURIAM. Interlocutory judgment affirmed, with costs.

HOOKER, J., not sitting.

In re BAILEY. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) In the matter of the application of Elizabeth R. Bailey for a refund of taxes. No opinion. Order of the County Court of Suffolk county modified, by reducing the costs to the sum of $10, and, as modified, affirmed, without costs of this appeal to either party.

BAKER, Respondent, v. JUDSON et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 29, 1905.) Action by Edgar R. Baker, by Mary D. Baker, his guardian ad litem, against George F. Judson and Edwin Crutts.

PER CURIAM. Judgment against the appellant Judson unanimously affirmed, with costs, and judgment against the appellant Crutts reversed as against the weight of evidence, and a new trial granted, with costs to appellant Crutts, as against respondent, to abide event.

BAMBERGER, Appellant, v. AMERICAN SURETY CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Ira Leo Bamberger against the American Surety Company of New York. No opinion. Order affirmed, with $10 costs and disbursements.

In re BANKS' WILL. (Supreme Court, Appellate Division. Fourth Department. March 1, 1905.) In the matter of the probate of the will of Leonora Post Banks, deceased.

PER CURIAM. Motion to dismiss appeal denied, and appellant given permission to file and serve, as of the date of the filing and service of the notice of appeal, the necessary undertaking; and, it appearing that the appellant has filed and served such undertaking, duly approved, the same may be deemed a compliance with the permission herein given.

In re BARBER. (Supreme Court, Appellate Division, Third Department. March 21, 1905.) In the matter of the petition of William S. Barber for an injunction against James Wilson. No opinion. Order affirmed, with $10 costs and disbursements.

In re BARBER. (Supreme Court, Appellate Division, Third Department. March 21, 1905.) In the matter of the petition of William S. Barber for an injunction against Fred Norton. No opinion. Order affirmed, with $10 costs and disbursements.

BARRINGER v. UNITED TRACTION CO. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Charles E. Barringer against the United Traction Company. No opinion. Motion denied.

BEEMER v. SMITH et al. (Supreme Court, Appellate Division, First Department. March 17, 1905.) Action by Horace J. Beemer against Charles E. W. Smith and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

BEHRENS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Henry Behrens against the Metropolitan Street Railway Company. C. F. Brown, for appellant. B. E. De Groot, for respondent. No opinion. Judgment modified, by striking out extra allowance, and the judgment, as so reduced to the sum of $2,205.32, and order appealed from, affirmed, with costs.

BELCHER et al., Appellants, v. FLETCHER, Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Isaac Belcher and others, as heirs of Roswell Belcher, deceased, suing for the benefit of Isaac Belcher, against Delos M. Fletcher. No opinion. Judgment and order unanimously affirmed, with costs.

BENNETT, Respondent, v. HAYS, Appellant. (Supreme Court, Appellate Division, Third Department. March 29, 1905.) Action by James H. Bennett against William H. Hays. No opinion. Judgment and order unanimously affirmed, with costs.

BENNETT, Appellant, v. STAR CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Frederick P. Bennett against the Star Company. No opinion. Motion denied.

BERGER, Respondent, v. LA GRASSE, Appellant. (Supreme Court, Appellate Term. January 26, 1905.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by Bertha Berger against Adelaide La Grasse. From a judgment for plaintiff, defendant appeals. Reversed. Davis & Williams, for appellant. Benjamin Berger, for respondent.

DAVIS, J. The judgment awarded damages to the plaintiff for a breach of covenant in a lease requiring the defendant to erect a front sidewalk garden within a specified time, and for a failure to restore certain rooms to a habitable condition. The evidence upon which the judgment was based is vague and speculative, and does not support any proper rule for estimating the damages, if, indeed, any were sustained. The judgment should be reversed, and a new trial ordered, with costs to appellant to abide the event.

SCOTT, J., concurs.

MacLEAN, J. Deeming that the plaintiff is entitled to a judgment upon the evidence, I dissent.